**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| Moe Karami, D.D.S., Inc., and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>UnitedHealth Group Incorporated, United HealthCare Services, Inc., OptumInsight, Inc., Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, and Change Healthcare Pharmacy Solutions, Inc.,<br><br>*Defendants*. | REMOVED FROM DISTRICT COURT OF CLEVLAND COUNTY, OKLAHOMA<br><br>CASE NO. No. CJ-2026-237<br><br>Case No. ________________ |

**NOTICE OF REMOVAL**

Defendants UnitedHealth Group Incorporated, United HealthCare Services, Inc., OptumInsight, Inc., Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, and Change Healthcare Pharmacy Solutions, Inc. ("Defendants") file this Notice of Removal in accordance with 28 U.S.C. §§ 1332, 1441, and 1446, and remove this action from the District Court of Cleveland County, Oklahoma to the United States District Court for the Western District of Oklahoma. As its reasons for removal, Defendants state:

**BACKGROUND**

1. Plaintiff Moe Karami, D.D.S., Inc. ("Plaintiff") commenced a civil action against Defendants in the District Court of Clevland County, Oklahoma, titled *Moe Karami, D.D.S., Inc., v. UnitedHealth Group Incorporated, et al.*, No. CJ-2026-237, filed on February 13, 2026 (the

"State Court Action"). A true and accurate copy of the Complaint is attached as **Exhibit 1** and constitutes all processes, pleadings, and orders served upon Defendants in this action to the present date. 28 U.S.C. § 1446(a).[1]

2. Pursuant to an agreement with Plaintiff's counsel, Defendants signed the waiver of service on April 8, 2026, which is attached as **Exhibit 2**. The instant Notice of Removal is being filed within thirty (30) days of the waiver of service date. 28 U.S.C. § 1446(b).

3. Attached as **Exhibit 3** is a copy of the Notice of Filing of Notice of Removal, the original of which is being filed with the State Court. 28 U.S.C. § 1446(d).

## DIVERSITY JURISDICTION

4. This Court has diversity jurisdiction over the Complaint, pursuant to 28 U.S.C. § 1332, under both "traditional" diversity (28 U.S.C. § 1332(a)) and diversity under the Class Action Fairness Act (28 U.S.C. § 1332(d)).

### 28 U.S.C. § 1332(a)

5. The Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a) because the parties are citizens of different states and the matter in controversy exceeds the sum or value of $75,000.

6. Plaintiff alleges that it is a dental practice organized in Oklahoma, with a principal place of business in Norman, Oklahoma. (Compl. ¶ 266). According to the Oklahoma Secretary

[1] The Complaint relates to a cyberattack suffered by Defendants on or about February 21, 2024. Over 150 cases have been brought against Defendants and Defendants' parent companies in connection with the same cyberattack. On June 7, 2024, the Judicial Panel for Multistate Litigation (JPML) instituted a Multi-District Litigation in the District of Minnesota to centralize cases arising from the cyberattack for pre-trial proceedings: *In Re: Change Healthcare, Inc. Customer Data Security Breach Litigation*, No. 0:24-md-03108-DWF-DJF (D. Minn.). Defendants are filing, contemporaneously with this Notice of Removal, a Notice of Potential Tagalong with the JPML to consider whether this case should be consolidated as part of the MDL for pre-trial proceedings.

of State, Plaintiff was formed on January 20, 1995, and has a principal office address in Norman, Oklahoma. Additionally, Plaintiff's Counsel confirmed with Defendants' Counsel that for purposes of diversity jurisdiction, Plaintiff is a citizen of Oklahoma. Accordingly, Plaintiff is a citizen of Oklahoma for purposes of assessing diversity jurisdiction.

7. Defendant UnitedHealth Group Incorporated is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant UnitedHealth Group Incorporated is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

8. Defendant United HealthCare Services, Inc. is a corporation formed under the laws of Minnesota and its principal place of business is in Minnesota. Accordingly, Defendant United HealthCare Services, Inc. is a citizen of Minnesota for purposes of diversity jurisdiction.

9. Defendant OptumInsight, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant OptumInsight, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

10. Defendant Change Healthcare Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

11. Defendant Change Healthcare Operations, LLC is a Delaware limited liability company. The citizenship of a limited liability company is determined by its members. *Siloam Springs Hotel, L.L.C. v. Century Sur. Co.,* 781 F.3d 1233, 1236 (10th Cir. 2015). The sole member of Change Healthcare Operations, LLC is Change Healthcare Holdings, Inc. Change Healthcare Holdings, Inc. is incorporated in the State of Delaware, and its principal place of business is in

Minnesota. Accordingly, Defendant Change Healthcare Operations, LLC is a citizen of Delaware and Minnesota for diversity purposes.

12. Defendant Change Healthcare Solutions, LLC is a Delaware limited-liability company. The sole member of Change Healthcare Solutions, LLC is Change Healthcare Operations, LLC, a Delaware limited-liability company. The sole member of Change Healthcare Operations, LLC is Change Healthcare Holdings, Inc. Change Healthcare Holdings, Inc. is incorporated in the State of Delaware, and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Solutions, LLC is a citizen of Delaware and Minnesota for diversity purposes.

13. Defendant Change Healthcare Holdings, Inc. is a corporation formed under the laws of Delaware and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Holdings, Inc. is a citizen of Delaware and Minnesota for purposes of diversity jurisdiction.

14. Defendant Change Healthcare Technologies, LLC is a Delaware limited-liability company. The sole member of Change Healthcare Technologies, LLC is Change Healthcare Holdings, LLC, a Delaware limited-liability company. The sole member of Change Healthcare Holdings, LLC is Change Healthcare Intermediate Holdings, LLC, a Delaware limited-liability company. The sole member of Change Healthcare Intermediate Holdings, LLC is Change Healthcare LLC, a Delaware limited-liability company. The sole member of Change Healthcare LLC is Change Healthcare Holdco Inc. Change Healthcare Holdco Inc. is incorporated in the State of Delaware, and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Technologies, LLC is a citizen of Delaware and Minnesota for diversity purposes.

15. Defendant Change Healthcare Pharmacy Solutions, Inc. is a corporation formed under the laws of Maine and its principal place of business is in Minnesota. Accordingly, Defendant Change Healthcare Pharmacy Solutions, Inc. is a citizen of Maine and Minnesota for purposes of diversity jurisdiction.

16. Because Plaintiff is a citizen of Oklahoma, and Defendants are citizens of Delaware, Maine, and Minnesota, complete diversity exists between Plaintiff and Defendants.

17. Although the Complaint does not specify the precise amount of damages sought, the preponderance of the evidence shows that the amount in controversy exceeds $75,000. The Complaint alleges Plaintiff was unable to submit claims, receive electronic remittance advice, and receive payment for its medical care to patients. Compl. ¶ 292. Plaintiff further alleges it did not receive the services it paid for from Defendant Change and suffered monetary losses via rejected and/or delayed payments for medical care and spent significant time and resources investigating the network outage and alternative methods to receive payment for medical care, which increased manual labor costs. Compl. ¶¶ 269, 292. Plaintiff alleges it had to take out a loan to fund its operations and paid interest on the loan. Compl. ¶ 270. In addition, Plaintiff alleges it suffered the loss of ability to obtain prospective economic advantages from existing business relationships. Compl. ¶ 339. Additionally, Plaintiff claims treble and/or punitive or exemplary damages. Compl., Request for Relief.

18. Therefore, Defendants assert in good faith that the amount in controversy exceeds $75,000 in value. *See* 28 U.S.C. § 1446(c)(2).

**28 U.S.C. § 1332(d)**

19. This Court also has jurisdiction over the Complaint pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d), because the Complaint is a class action, at least one member of

the class (Plaintiff) is a citizen of a state different from Defendants, Defendants are not a State, State official, or other governmental entity, the number of members of the proposed plaintiff class is not less than 100, and the amount in controversy exceeds the sum or value of $5,000,000.

20. As stated above, Plaintiff alleges it is a citizen of Oklahoma, while Defendants are citizens of Delaware, Minnesota, and Maine. Thus, at least minimum diversity exists.

21. The Complaint alleges that Defendants' Change Platform "is connected to more than 800,000 providers" and "involved in one in every three patient records." Compl ¶ 277. Since Plaintiffs seek to represent a nationwide class of providers, Compl. ¶ 273, the number of members of the proposed class is greater than 100.

22. Furthermore, the amount in controversy is more than $5,000,000. The Complaint alleges that "providers did not timely receive billions of dollars in earned reimbursements." Compl. ¶ 5. Since Plaintiff seeks to represent a nationwide class of providers, the amount in controversy exceeds $5,000,000.

23. Because the requirements for diversity jurisdiction are satisfied, this Court has jurisdiction over all claims and parties pursuant to 28 U.S.C. § 1332(a) and (d). The Complaint is properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

24. All Defendants join in to the removal of this action to the United States District Court for the Western District of Oklahoma.

**<u>REMOVAL TO THIS DISTRICT IS PROPER</u>**

25. This Notice of Removal is being filed in the Western District of Oklahoma, the District Court of the United States for the district and division within which the State Court Action is pending. 28 U.S.C. §§ 1441(a) and 1446(a).

26. WHEREFORE, Defendants respectfully request that the State Court Action be removed and proceed in the United States District Court for the Western District of Oklahoma.

Dated: April 10, 2026.

Respectfully submitted,

**SPENCER FANE LLP**

/s/ Courtney D. Powell
Courtney D. Powell, OBA No. 19444
Anthony J. Ferate, OBA No. 21171
9400 N. Broadway Ext., Suite 600
Oklahoma City, OK
Tel: (405) 844-9900
Fax: (405) 844-9958
cpowell@spencerfane.com
aferate@spencerfane.com

*Counsel for Defendants UnitedHealth Group Incorporated, United HealthCare Services, Inc., OptumInsight, Inc., Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, and Change Healthcare Pharmacy Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on this the 10th day of April, 2026, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the Court's e-filing system, which will send notification of such filing to the following participants registered to receive service, and I served the same by email to the following counsel:

Matthew J. Sill
Tara Tabatabaie
**Sill Law Group, PLLC**
14005 N. Eastern Ave.
Edmond, OK 73013
msill@fulmersill.com
ttabatabaie@fulmersill.com

Jan M. Conlin
Heather M. McElroy
**Ciresi Conlin LLP**
225 South Sixth Street, Suite 4000
Minneapolis, MN 55402
jmc@ciresiconlin.com
hmm@ciresiconlin.com

/s/ Courtney D. Powell
An Attorney for Defendants